# In the United States District Court for the Southern District of Georgia Waycross Division

RUSLAN ALEKHIN,

      Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

      Respondent.

5:25-cv-58

## ORDER

The Magistrate Judge issued a Report and Recommendation, recommending that the Court to deny Respondent's Motion to Dismiss and to grant in part Petitioner Ruslan Alekhin's ("Alekhin") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 23. Respondent filed Objections to the Report and Recommendation, and Alekhin filed a Response. Dkt. Nos. 24, 26.

Based on a review of the Motion to Dismiss briefing, the Report and Recommendation, the parties' responses, and the record as a whole, I **ADOPT in part** the Report and Recommendation. I **DENY without prejudice** Respondent's Motion to Dismiss. I decline to grant any portion of Alekhin's Petition at this time.

In their Objections and Response, the parties raise important and complex issues that they did not present to the Magistrate Judge in relation to the Motion to Dismiss. Additionally, the

parties did not raise these issues in the merits briefing on the Petition itself. For example, Respondent raises concerns about the precise nature of Alekhin's claim in the Objections—namely, whether the claim is more accurately characterized as a substantive due process claim—but this issue was not presented to the Magistrate Judge in the first instance. Accordingly, I **REMAND** this cause to the Magistrate Judge for further consideration of the parties' newly presented arguments. The Magistrate Judge will direct the parties how to proceed, including establishing a briefing schedule on any renewed motion to dismiss Respondent may wish to file.

SO ORDERED, this 31 day of March, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA