# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

RUSLAN ALEKHIN,

      Petitioner,

v.                                                          CV 525-058

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

      Respondents.

## ORDER

Pending before the Court are Respondent's objections to the Magistrate Judge's Report and Recommendation ("R&R"). Dkt. No. 40. Therein, Respondent takes issue with the R&R's conclusion that Jean v. Nelson, 727 F.2d 957 (11th Cir. 1984) does not control. The Court will hold a telephonic hearing with the parties on Monday, July 27, 2026 at 2:30 p.m., during which the parties may present argument on this issue.

SO ORDERED, this ____17____ day of July, 2026.

 

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA